# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2022

## NO. 03-22-00320-CV

**Marinda Tong, Appellant**

**v.**

**Waikei Scott Fung, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

Appellant's notice of appeal does not identify a final or appealable order and does not state the judgment or order appealed from. Having reviewed appellant's filings in this appeal, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.